No. 88–945.   ERVIN v. COUNTY OF LOS ANGELES.   C. A. 9th Cir.   Certiorari denied.

No. 88–946.   APLIN v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 88–954.   LACZAY ET UX. v. ROSS ADHESIVES, A DIVISION OF CONROS CORP., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–956.   LSLJ PARTNERSHIP v. FRITO-LAY, INC.   C. A. 7th Cir.   Certiorari denied.

No. 88–957.   TOUSSAINT v. LAURENS COUNTY HEALTH CARE SYSTEM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–961.   SCHMIDT v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 88–962.   VARMA ET AL. v. BLOUSTEIN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–964.   HOWES v. NORTH DAKOTA WORKERS COMPENSATION BUREAU ET AL.   Sup. Ct. N. D.   Certiorari denied.

No. 88–965.   EWELL ET AL. v. THOMPSON, COMMISSIONER OF CONSERVATION AND ASSISTANT SECRETARY, OFFICE OF CONSERVATION OF LOUISIANA, ET AL.   Sup. Ct. La.   Certiorari denied.

No. 88–970.   ROSELIN v. ARAIN.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 88–972.   MAISONET v. CONNECTICUT.   App. Ct. Conn.   Certiorari denied.

No. 88–976.   LANDANO v. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–981.   LAWSON ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, LAWSON ET AL. v. DIAMOND M CO.   C. A. 5th Cir.   Certiorari denied.